UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HEBEI Courage Shipping Co., Ltd.,

                Plaintiff(s),

  -v-                                          No. 08 Civ. 11242 (LTS)

Seafreight PLC,

                Defendant(s).
-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

The Initial Pretrial Conference scheduled for August 17, 2009, is rescheduled for September 1, 2009, at 3:15 p.m. in Courtroom 11C.

Dated: New York, New York
         August 5, 2009

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge